

NUMBERS 13-15-00005-CR, 13-15-00006-CR,
& 13-15-00007-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUAN JOE CANO,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                            Appellee.

On appeal from the 130th District Court
of Matagorda County, Texas.

## ORDER

**Before Justices Rodriguez, Garza, and Longoria**
**Order Per Curiam**

This cause is before the Court on appellant's motion to supplement the reporter's record. Appellant requests that this Court direct the Matagorda County District Clerk to release Defendant's Exhibit One, a video of the crime scene and two still photographs, to the court reporter and have the court reporter make a supplemental reporter's record

containing that data and forward it to this Court for filing.   We GRANT appellant's motion and direct the Matagorda County District Clerk to release Defendant's Exhibit One, a video of the crime scene and two still photographs, to the court reporter.   We further direct the court reporter to prepare and file a supplemental reporter's record containing that data and forward it to this Court for filing within two weeks from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of July, 2015.